IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

LACRETIA JOHNSON, SHANNA )
JOHNSON, PAMELA JOHNSON and )
FISHER SMITH, )
                                                         )
    Plaintiffs, )
                                                         )
VS. )    No. 03-1156-T/An
                                                         )
UNIVERSITY OF TENNESSEE )
FAMILY PRACTICE CENTER, )
                                                         )
    Defendant. )

## ORDER DISMISSING CLAIMS OF PLAINTIFF FISHER SMITH

On May 10, 2005, the Court issued an order directing plaintiff Fisher Smith to show cause, within fifteen days after the date of the order, why her claims should not be dismissed for failure to prosecute. The order was entered on the docket on May 11, 2005. Accordingly, Smith was required to file a response on or before May 26, 2005.

As no response to the Order to Show Cause has been filed by Smith or by anyone on her behalf, all claims of Fisher Smith are hereby DISMISSED with prejudice for failure to prosecute. IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

6 June 2005
_____
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 32(b) FRCrP on  06-06-05
       58       79(a) FRCP

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 1:03-CV-01156 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Michael D. Cooke
LAW OFFICE OF MICHAEL D. COOKE
P.O. Box 625
Iuka, MS 38852

Nancy M. Maddox
THE UNIVERSITY OF TENNESSEE
66 North Pauline Street
Ste. 428
Memphis, TN 38163

Honorable James Todd
US DISTRICT COURT