IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LACRETIA JOHNSON, SHANNA JOHNSON, PAMELA JOHNSON, FISHER SMITH | PLAINTIFFS |
| VS. | NO. 1-03-1156-T |
| UNIVERSITY OF TENNESSEE FAMILY PRACTICE CENTER | DEFENDANT |

## AGREED ORDER OF DISMISSAL

The Plaintiffs, Lacretia Johnson, Shanna Johnson, and Pamela Johnson, and Defendant as indicated by their signatures and the signatures of their respective counsel below, announce to the Court that the claims of the Plaintiffs Lacretia Johnson, Shanna Johnson, and Pamela Johnson in this cause have been settled and amicably resolved. Therefore the Plaintiffs, Lacretia Johnson, Shanna Johnson, and Pamela Johnson request that proceedings in the above-referenced matter be voluntarily dismissed with prejudice.

For good cause shown, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this case be dismissed as to Plaintiffs, Lacretia Johnson, Shanna Johnson, and Pamela Johnson claims with prejudice.

ENTERED this the 20th day of June, 2005.

_____
JUDGE James D. Todd

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 06-21-05

**APPROVED FOR ENTRY:**

_____     5/13/05
Lacretia Johnson                    Date
Plaintiff

_____     5/13/05
Shanna Johnson                      Date

_____     5/13/05
Pamela Johnson                      Date

_____     5/13/05
Michael D. Cooke                    Date
Attorney for Plaintiffs

_____     5/17/05
Nancy M. Maddox (TN Bar #019681)    Date
Attorney for Defendant

2

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing were mailed to Plaintiffs' Counsel, Michael D. Cooke, Esq., P. O. Box 625, Iuka, MS 38852, and to Plaintiff, Fisher Smith, 137 McAbee Street, Beach Bluff, Tennessee 38313, postage prepaid.

This the _____ day of _____, 2005.

_____
NANCY M. MADDOX

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:03-CV-01156 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Michael D. Cooke
LAW OFFICE OF MICHAEL D. COOKE
P.O. Box 625
Iuka, MS 38852

Nancy M. Maddox
THE UNIVERSITY OF TENNESSEE
66 North Pauline Street
Ste. 428
Memphis, TN 38163

Honorable James Todd
US DISTRICT COURT