# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

LACRETIA JOHNSON, SHANNA JOHNSON,
PAMELA JOHNSON, FISHER SMITH

**JUDGMENT IN A CIVIL CASE**

v.

UNIVERSITY OF TENNESSEE
FAMILY PRACTICE CENTER

CASE NUMBER:   03-1156-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the orders of dismissal entered in the above-styled matter on 06/06/05 and 06/21/05, this case is hereby DISMISSED WITH.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

06/24/05                     BY: _[signature]_
DATE                              DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  06-27-05  .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:03-CV-01156 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Michael D. Cooke
LAW OFFICE OF MICHAEL D. COOKE
P.O. Box 625
Iuka, MS 38852

Nancy M. Maddox
THE UNIVERSITY OF TENNESSEE
66 North Pauline Street
Ste. 428
Memphis, TN 38163

Honorable James Todd
US DISTRICT COURT